UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY J. MARTIN ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DOWNEY SAVINGS & LOAN ) <br> ASSOCIATION, ET AL., ) <br> ) <br> Defendant. ) <br> ) | 1:10-CV-00634 OWW SMS <br><br> **ORDER DISMISSING ACTION** |

Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice.

IT IS SO ORDERED.

**Dated:   May 10, 2010**                     /s/ Oliver W. Wanger
                                                            UNITED STATES DISTRICT JUDGE

1